UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-----------------------------------------------

In re: BKY No. 08-32874

M.W. Johnson Construction, Inc.,

    Debtor.

-----------------------------------------------

**ORDER AUTHORIZING SALE OF ASSETS OF
DEBTOR FREE AND CLEAR OF INTERESTS**

This case came before the court on the motion of Randall L. Seaver, the trustee seeking an order authorizing sale of assets free and clear of interests.

Based upon all the files, records and proceedings, and the court being fully advised in the premises,

**IT IS ORDERED**:

1. The trustee's request for expedited relief is granted

2. The trustee is authorized to sell the following ground heaters by way of public auction:

    2002 GRHT TR VIN: 1G9UP152X2S201008

    2002 GRHT TR VIN: 1G9UP152X2S201009

    2002 GRHT TR VIN: 1G9UP152X2S201001

3. The property sold shall be free and clear of any claimed lien interest of 1st Source Bank in such property pursuant to 11 U.S.C. §363(a), (b) and (f) with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/17/2008*
Lori Vosejpka, Clerk, by LMH

4. Notwithstanding Fed. R. Bankr. P. 6004(g), this order is effective immediately.

Dated: December 17, 2008

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

392232