# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

----------------------------------------------

In re:                                                                                                                                 BKY No. 08-32874

M.W. Johnson Construction, Inc.,

        Debtor.

----------------------------------------------

## ORDER AUTHORIZING SALE OF ASSETS OF
## DEBTOR FREE AND CLEAR OF INTERESTS

This caser came before the court on the motion of Randall L. Seaver, the trustee seeking an order authorizing sale of assets free and clear of interests.

Based upon the motion and the file, and the court being fully advised in the premises,

**IT IS ORDERED**:

1. The trustee is authorized to sell the following property by way of public auction on or after January 29, 2009:

> All business assets and equipment of the debtor including, but not limited to, telephone systems, imaging systems, computers, monitors and any other equipment or supplies

2. The property sold shall be free and clear of any claimed lien.

3. The purchaser at auction shall be deemed a buyer in good faith within the meaning of 11 U.S.C. §363(m).

4. Notwithstanding Fed. R. Bankr. P. 6004(g), this order is effective immediately.

Dated: January 7, 2009                           /e/ Robert J. Kressel
                                                                                          Robert J. Kressel
                                                                                          United States Bankruptcy Judge

392461

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/07/2009*
Lori Vosejpka, Clerk, by LMH