# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 08-32874

Chapter 7

M W Johnson Construction Inc.,

      Debtor.

## ORDER AUTHORIZING SALE OF ASSETS OF DEBTOR

This case came before the court on the motion of Randall L. Seaver, the trustee seeking an order authorizing sale of assets.

Based on the motion and the files, and the court being fully advised in the premises,

**IT IS ORDERED**:

1. The notice of the sale motion and of the hearing was sufficient under the circumstances.

2. The trustee is entitled to expedited relief.

3. The trustee is authorized to sell all business assets and equipment of the debtor including, but not limited to, furniture, copiers, telephone systems, imaging systems, computers, monitors and any other equipment or supplies located at 17645 Juniper Path, Lakeville, MN 55044 by way of electronic auction.

4. The trustee is further authorized to sell to Lake View Auto Sales the following vehicles for the following prices: a 1999 Ford Expedition, $3,500.00, a 1999 Chrysler Sebring Convertible (dented door), $1,500.00 and a 1999 Jeep Cherokee (no hard top) for $2,000.00.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/25/2009*
Lori Vosejpka, Clerk, by LMH

5. The trustee is authorized to pay the costs of sale, as set forth in the motion, including the auctioneer fees, from the proceeds of such sale.

6. The purchaser will have acted in good faith within the meaning of 11 U.S.C. §363(m).

7. Notwithstanding Fed. R. Bankr. P. 6004(g), this order is effective immediately.

Dated: February 25, 2009

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

395796